## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CAMMI RAINER,**

     **Plaintiff,**

**v.**                            **Case No. 2:23-cv-00959-MV-GBW**

**BOARD OF COUNTY COMMISSIONERS
OF SIERRA COUNTY, SHERIFF GLENN
HAMILTON, DONALD CLAY CHENEY,
GEROLD SALCEDO DBA KARS TOWING
SERVICES, LLC,**

     **Defendants.**

### DEFENDANT CLAY CHENEY'S AMENDED ANSWER TO PLAINITFF'S VERFIED COMPLAINT FOR DAMAGES AND DECLARATIVE RELIEF

     Donald Clary Cheney (*hereinafter referred to as* "Defendant Cheney"), by and through his attorneys NM Local Government Law, LLC (Nicholas Autio) hereby states the following for is Amended Answer to Plaintiff's Verified Complaint for Damages and Declarative Relief:

     1.     Regarding the allegations set forth in paragraph 1 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 1 of Plaintiff's Complaint. To the extent that paragraph 1 contains factual assertions instead of legal conclusions, Defendant Cheney admits that Ms. Rainer, appearing pro se, filed the Verified Complaint referenced in paragraph 1. Defendant Cheney denies all other factual allegations set forth in paragraph 1.

### JURISDICTON AND VENUE

     2.     Regarding the allegations set forth in paragraph 2 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not

required to answer or otherwise respond to the legal conclusions set forth in paragraph 2 of Plaintiff's Complaint. To the extent that paragraph 2 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the allegations set forth in paragraph 2 and, therefore, denies the same.

3.      Regarding the allegations set forth in paragraph 3 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 3 of Plaintiff's Complaint. To the extent that paragraph 3 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the allegations set forth in paragraph 3 and, therefore, denies the same.

## PARTIES

4.      Regarding the allegations set forth in paragraph 4 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 4 of Plaintiff's Complaint. To the extent that paragraph 4 contains factual assertions instead of legal conclusions, many of the allegations set forth in paragraph 4 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney admits that the Sierra Board of County Commissioners is a governmental entity within the State of New Mexico. Defendant Cheney also admits that he was formerly employed by the Sierra County Sheriff's Office. Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 4 and, therefore, denies the same.

5.      Regarding the allegations set forth in paragraph 5 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 5 of Plaintiff's Complaint. To the extent that paragraph 5 contains factual assertions instead of legal conclusions, many of the allegations set forth in paragraph 5 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 5 and, therefore, denies the same.

6.      Defendant Cheney denies the allegations set forth in paragraph 6.

7.      Regarding the allegations set forth in paragraph 7 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 7 of Plaintiff's Complaint. To the extent that paragraph 7 contains factual assertions instead of legal conclusions, many of the allegations set forth in paragraph 7 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 7 and, therefore, denies the same.

## **INTRODUCTION**

8.      Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 8 and, therefore, denies the same.

9.      Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 9 and, therefore, denies the same.

3

10.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 10 and, therefore, denies the same.

11.    Regarding the allegations set forth in paragraph 11 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 11 of Plaintiff's Complaint. To the extent that paragraph 11 contains factual assertions instead of legal conclusions, Defendant Cheney admits that he was employed by the Sierra County Sheriff's Office. Defendant Cheney also admits that he was under the supervision of Sheriff Hamilton during his relevant employment with the Sierra County Sheriff's Office. Defendant Cheney denies the remaining allegations made in paragraph 11.

12.    Defendant Cheney denies the allegations made in paragraph 12 of Plaintiff's Complaint.

13.    Defendant Cheney denies the allegations made in paragraph 13 of Plaintiff's Complaint.

14.    Regarding the allegations set forth in paragraph 14 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 14 of Plaintiff's Complaint. To the extent that paragraph 14 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 14 of Plaintiff's Complaint.

15.    Regarding the allegations set forth in paragraph 15 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 15 of Plaintiff's Complaint. To the extent that paragraph 15 contains factual assertions instead of legal

conclusions, Defendant Cheney denies the allegations made in paragraph 15 of Plaintiff's Complaint.

16.     Regarding the allegations set forth in paragraph 16 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 16 of Plaintiff's Complaint. To the extent that paragraph 16 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 16 of Plaintiff's Complaint.

17.     Regarding the allegations set forth in paragraph 17 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 17 of Plaintiff's Complaint. To the extent that paragraph 17 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 17 of Plaintiff's Complaint.

18.     Regarding the allegations set forth in paragraph 18 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 18 of Plaintiff's Complaint. To the extent that paragraph 18 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 18 of Plaintiff's Complaint.

19.     Regarding the allegations set forth in paragraph 19 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 19 of Plaintiff's Complaint. To the extent that paragraph 19 contains factual assertions instead of legal

conclusions, Defendant Cheney denies the allegations made in paragraph 19 of Plaintiff's Complaint.

20.    Regarding the allegations set forth in paragraph 20 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 20 of Plaintiff's Complaint. To the extent that paragraph 20 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 20 of Plaintiff's Complaint.

21.    Regarding the allegations set forth in paragraph 21 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 21 of Plaintiff's Complaint. To the extent that paragraph 21 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 21 of Plaintiff's Complaint.

22.    Regarding the allegations set forth in paragraph 22 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 22 of Plaintiff's Complaint. To the extent that paragraph 22 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 22 of Plaintiff's Complaint.

23.    Regarding the allegations set forth in paragraph 23 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 23 of Plaintiff's Complaint. To the extent that paragraph 23 contains factual assertions instead of legal

conclusions, Defendant Cheney denies the allegations made in paragraph 23 of Plaintiff's Complaint. Defendant Cheney specifically denies all allegations made in subsections (a) through (v) of paragraph 23.

24.      Defendant Cheney denies the allegations made in paragraph 24 of Plaintiff's Complaint.

25.      Regarding the allegations set forth in paragraph 25 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 25 of Plaintiff's Complaint. To the extent that paragraph 25 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 25 of Plaintiff's Complaint.

26.      Defendant Cheney denies the allegations made in paragraph 26 of Plaintiff's Complaint.

27.      Defendant Cheney denies the allegations made in paragraph 27 of Plaintiff's Complaint.

28.      Defendant Cheney denies the allegations made in paragraph 28 of Plaintiff's Complaint.

29.      Defendant Cheney admits the allegations made in paragraph 29 of Plaintiff's Complaint.

30.      Regarding the allegations set forth in paragraph 30 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 30 of Plaintiff's Complaint. To the extent that paragraph 30 contains factual assertions instead of legal

conclusions, Defendant Cheney denies the allegations made in paragraph 30 of Plaintiff's Complaint.

31.     Defendant Cheney denies the allegations made in paragraph 31 of Plaintiff's Complaint.

32.     Regarding the allegations set forth in paragraph 32 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 32 of Plaintiff's Complaint. To the extent that paragraph 32 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 32 of Plaintiff's Complaint.

33.     Defendant Cheney denies the allegations made in paragraph 33 of Plaintiff's Complaint.

34.     Defendant Cheney denies the allegations made in paragraph 34 of Plaintiff's Complaint.

35.     Defendant Cheney denies the allegations made in paragraph 35 of Plaintiff's Complaint.

36.     Defendant Cheney denies the allegations made in paragraph 36 of Plaintiff's Complaint.

37.     Defendant Cheney denies the allegations made in paragraph 37 of Plaintiff's Complaint.

38.     Defendant Cheney denies the allegations made in paragraph 38 of Plaintiff's Complaint.

39.     Defendant Cheney denies the allegations made in paragraph 39 of Plaintiff's Complaint.

40.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 40 and, therefore, denies the same.

41.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 41 and, therefore, denies the same.

42.     Defendant Cheney denies the allegations made in paragraph 42 of Plaintiff's Complaint.

43.     Defendant Cheney denies the allegations made in paragraph 43 of Plaintiff's Complaint.

44.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 44 and, therefore, denies the same.

45.     Defendant Cheney denies the allegations made in paragraph 45 of Plaintiff's Complaint.

46.     Defendant Cheney admits the allegations made in paragraph 46 of Plaintiff's Complaint.

47.     Regarding the allegations set forth in paragraph 47 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 47 of Plaintiff's Complaint. To the extent that paragraph 47 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 47 of Plaintiff's Complaint.

48.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 48 and, therefore, denies the same.

49.     Defendant Cheney denies the allegations made in paragraph 49 of Plaintiff's Complaint.

50.     Defendant Cheney denies the allegations made in paragraph 50 of Plaintiff's Complaint.

51.     Defendant Cheney denies the allegations made in paragraph 51 of Plaintiff's Complaint.

52.     Defendant Cheney denies the allegations made in paragraph 52 of Plaintiff's Complaint.

53.     Defendant Cheney denies the allegations made in paragraph 53 of Plaintiff's Complaint.

54.     Regarding the allegations set forth in paragraph 54 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 54 of Plaintiff's Complaint. To the extent that paragraph 54 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 54 of Plaintiff's Complaint.

55.     Regarding the allegations set forth in paragraph 55 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 55 of Plaintiff's Complaint. To the extent that paragraph 55 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 55 of Plaintiff's Complaint.

56.     Regarding the allegations set forth in paragraph 56 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 56 of Plaintiff's Complaint. To the extent that paragraph 56 contains factual assertions instead of legal

conclusions, Defendant Cheney denies the allegations made in paragraph 56 of Plaintiff's Complaint.

57.    Defendant Cheney denies the allegations made in paragraph 57 of Plaintiff's Complaint.

58.    Defendant Cheney denies the allegations made in paragraph 58 of Plaintiff's Complaint.

59.    Regarding the allegations set forth in paragraph 59 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 59 of Plaintiff's Complaint. To the extent that paragraph 59 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 59 of Plaintiff's Complaint.

60.    Regarding the allegations set forth in paragraph 60 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 60 of Plaintiff's Complaint. To the extent that paragraph 60 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 60 of Plaintiff's Complaint.

61.    Regarding the allegations set forth in paragraph 61 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 61 of Plaintiff's Complaint. To the extent that paragraph 61 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 61 of Plaintiff's Complaint.

62.    Regarding the allegations set forth in paragraph 62 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 62 of Plaintiff's Complaint. To the extent that paragraph 62 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 62 of Plaintiff's Complaint.

63.    Regarding the allegations set forth in paragraph 63 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 63 of Plaintiff's Complaint. To the extent that paragraph 63 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 63 of Plaintiff's Complaint.

64.    Regarding the allegations set forth in paragraph 64 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 64 of Plaintiff's Complaint. To the extent that paragraph 64 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 64 of Plaintiff's Complaint.

65.    Defendant Cheney denies the allegations made in paragraph 65 of Plaintiff's Complaint.

66.    Regarding the allegations set forth in paragraph 66 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 66 of Plaintiff's Complaint. To the extent that paragraph 66 contains factual assertions instead of legal

conclusions, Defendant Cheney denies the allegations made in paragraph 66 of Plaintiff's Complaint.

67.     Defendant Cheney denies the allegations made in paragraph 67 of Plaintiff's Complaint.

68.     Defendant Cheney denies the allegations made in paragraph 68 of Plaintiff's Complaint.

69.     Defendant Cheney denies the allegations made in paragraph 69 of Plaintiff's Complaint.

70.     Regarding the allegations set forth in paragraph 70 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 70 of Plaintiff's Complaint. To the extent that paragraph 70 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 70 of Plaintiff's Complaint.

71.     Regarding the allegations set forth in paragraph 71 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 71 of Plaintiff's Complaint. To the extent that paragraph 71 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 71 of Plaintiff's Complaint.

72.     Regarding the allegations set forth in paragraph 72 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 72 of Plaintiff's Complaint. To the extent that paragraph 72 contains factual assertions instead of legal

conclusions, Defendant Cheney denies the allegations made in paragraph 72 of Plaintiff's Complaint.

73.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 73 and, therefore, denies the same.

74.    Regarding the allegations set forth in paragraph 74 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 74 of Plaintiff's Complaint. To the extent that paragraph 74 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 74 of Plaintiff's Complaint.

75.    Defendant Cheney denies the allegations made in paragraph 75 of Plaintiff's Complaint.

76.    Regarding the allegations set forth in paragraph 76 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 76 of Plaintiff's Complaint. To the extent that paragraph 76 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 76 of Plaintiff's Complaint.

77.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 77 and, therefore, denies the same.

78.    Regarding the allegations set forth in paragraph 78 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 78 of Plaintiff's Complaint. To the extent that paragraph 78 contains factual assertions instead of legal

conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 78 and, therefore, denies the same.

79.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 79 and, therefore, denies the same.

80.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 80 and, therefore, denies the same.

81.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 81 and, therefore, denies the same.

82.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 82 and, therefore, denies the same.

83.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 83 and, therefore, denies the same.

84.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 84 and, therefore, denies the same.

85.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 85 and, therefore, denies the same.

86.     Regarding the allegations set forth in paragraph 86 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 86 of Plaintiff's Complaint. To the extent that paragraph 86 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 86 and, therefore, denies the same.

87.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 87 and, therefore, denies the same.

88.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 88 and, therefore, denies the same.

89.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 89 and, therefore, denies the same.

90.     Regarding the allegations set forth in paragraph 90 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 90 of Plaintiff's Complaint. To the extent that paragraph 90 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 90 and, therefore, denies the same.

91.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 91 and, therefore, denies the same.

92.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 92 and, therefore, denies the same.

93.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 93 and, therefore, denies the same.

94.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 94 and, therefore, denies the same.

95.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 95 and, therefore, denies the same.

96.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 96 and, therefore, denies the same.

97.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 97 and, therefore, denies the same.

98.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 98 and, therefore, denies the same.

99.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 99 and, therefore, denies the same.

100.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 100 and, therefore, denies the same.

101.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 101 and, therefore, denies the same.

102.    Regarding the allegations set forth in paragraph 102 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 102 of Plaintiff's Complaint. To the extent that paragraph 102 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 102 and, therefore, denies the same.

103.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 103 and, therefore, denies the same.

104.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 104 and, therefore, denies the same.

105.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 105 and, therefore, denies the same.

106.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 106 and, therefore, denies the same.

107.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 107 and, therefore, denies the same.

108.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 108 and, therefore, denies the same.

109.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 109 and, therefore, denies the same.

110.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 110 and, therefore, denies the same.

111.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 111 and, therefore, denies the same.

112.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 112 and, therefore, denies the same.

113.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 113 and, therefore, denies the same.

114.    Regarding the allegations set forth in paragraph 114 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 114 of Plaintiff's Complaint. To the extent that paragraph 114 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 114 of Plaintiff's Complaint.

115.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 115 and, therefore, denies the same.

116.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 116 and, therefore, denies the same.

117.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 117 and, therefore, denies the same.

118.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 118 and, therefore, denies the same.

119.    Regarding the allegations set forth in paragraph 119 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 119 of Plaintiff's Complaint. To the extent that paragraph 119 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 119 and, therefore, denies the same.

120.    Regarding the allegations set forth in paragraph 120 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 120 of Plaintiff's Complaint. To the extent that paragraph 120 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 120 and, therefore, denies the same.

121.    Regarding the allegations set forth in paragraph 121 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 121 of Plaintiff's Complaint. To the extent that paragraph 121 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 121 and, therefore, denies the same.

122.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 122 and, therefore, denies the same.

123.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 123 and, therefore, denies the same.

124.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 124 and, therefore, denies the same.

125.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 125 and, therefore, denies the same.

126.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 126 and, therefore, denies the same.

127.    Regarding the allegations set forth in paragraph 127 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 127 of Plaintiff's Complaint. To the extent that paragraph 127 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 127 and, therefore, denies the same.

128.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 128 and, therefore, denies the same.

129.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 129 and, therefore, denies the same.

130.    Regarding the allegations set forth in paragraph 130 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 130 of Plaintiff's Complaint. To the extent that paragraph 130 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 130 and, therefore, denies the same.

131.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 131 and, therefore, denies the same.

132.    Regarding the allegations set forth in paragraph 132 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 132 of Plaintiff's Complaint. To the extent that paragraph 132 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 132 and, therefore, denies the same.

133.    Regarding the allegations set forth in paragraph 133 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 133 of Plaintiff's Complaint. To the extent that paragraph 133 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 133 and, therefore, denies the same.

134.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 134 and, therefore, denies the same.

135.    Regarding the allegations set forth in paragraph 135 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 135 of Plaintiff's Complaint. To the extent that paragraph 135 contains factual assertions instead of legal conclusions, Defendant Cheney denies the allegations made in paragraph 135 of Plaintiff's Complaint.

136.    Regarding the allegations set forth in paragraph 136 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 136 of Plaintiff's Complaint. To the extent that paragraph 136 contains factual assertions instead of legal

conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 136 and, therefore, denies the same.

137.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 137 and, therefore, denies the same.

138.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 138 and, therefore, denies the same.

139.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 139 and, therefore, denies the same.

140.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 140 and, therefore, denies the same.

141.    Regarding the allegations set forth in paragraph 141 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 141 of Plaintiff's Complaint. To the extent that paragraph 141 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 141 and, therefore, denies the same.

142.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 142 and, therefore, denies the same.

143.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 143 and, therefore, denies the same.

144.    Regarding the allegations set forth in paragraph 144 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 144 of Plaintiff's Complaint. To the extent that paragraph 144 contains factual assertions instead of legal

conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 144 and, therefore, denies the same.

145.    Regarding the allegations set forth in paragraph 145 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 145 of Plaintiff's Complaint. To the extent that paragraph 145 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 145 and, therefore, denies the same.

146.    Regarding the allegations set forth in paragraph 146 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 146 of Plaintiff's Complaint. To the extent that paragraph 146 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 146 and, therefore, denies the same.

147.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 147 and, therefore, denies the same.

148.    Regarding the allegations set forth in paragraph 148 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 148 of Plaintiff's Complaint. To the extent that paragraph 148 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 148 and, therefore, denies the same.

149.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 149 and, therefore, denies the same.

150.    Regarding the allegations set forth in paragraph 150 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 150 of Plaintiff's Complaint. To the extent that paragraph 150 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 150 and, therefore, denies the same.

151.    Regarding the allegations set forth in paragraph 151 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 151 of Plaintiff's Complaint. To the extent that paragraph 151 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 151 and, therefore, denies the same.

152.    Regarding the allegations set forth in paragraph 152 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 152 of Plaintiff's Complaint. To the extent that paragraph 152 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 152 and, therefore, denies the same.

153.    Regarding the allegations set forth in paragraph 153 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 153 of Plaintiff's Complaint. To the extent that paragraph 153 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 153 and, therefore, denies the same.

154.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 154 and, therefore, denies the same.

155.    Regarding the allegations set forth in paragraph 155 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 155 of Plaintiff's Complaint. To the extent that paragraph 155 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 155 and, therefore, denies the same.

156.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 156 and, therefore, denies the same.

157.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 157 and, therefore, denies the same.

158.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 158 and, therefore, denies the same.

159.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 159 and, therefore, denies the same.

160.    Regarding the allegations set forth in paragraph 160 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 160 of Plaintiff's Complaint. To the extent that paragraph 160 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 160 and, therefore, denies the same.

161.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 161 and, therefore, denies the same.

162.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 162 and, therefore, denies the same.

163.    Regarding the allegations set forth in paragraph 163 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 163 of Plaintiff's Complaint. To the extent that paragraph 163 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 163.

164.    Regarding the allegations set forth in paragraph 164 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 164 of Plaintiff's Complaint. To the extent that paragraph 164 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 164 and, therefore, denies the same.

165.    Regarding the allegations set forth in paragraph 165 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 165 of Plaintiff's Complaint. To the extent that paragraph 165 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 165.

166.    Regarding the allegations set forth in paragraph 166 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 166 of Plaintiff's Complaint. To the extent that paragraph 166 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 166 and, therefore, denies the same.

167.    Regarding the allegations set forth in paragraph 167 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 167 of Plaintiff's Complaint. To the extent that paragraph 167 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 167 and, therefore, denies the same.

168.    Regarding the allegations set forth in paragraph 168 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 168 of Plaintiff's Complaint. To the extent that paragraph 168 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 168 and, therefore, denies the same.

169.    Regarding the allegations set forth in paragraph 169 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 169 of Plaintiff's Complaint. To the extent that paragraph 169 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 169.

170.    Regarding the allegations set forth in paragraph 170 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 170 of Plaintiff's Complaint. To the extent that paragraph 170 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 170 and, therefore, denies the same.

171.    Regarding the allegations set forth in paragraph 171 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 171 of Plaintiff's Complaint. To the extent that paragraph 171 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 171 and, therefore, denies the same.

172.    Regarding the allegations set forth in paragraph 172 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 172 of Plaintiff's Complaint. To the extent that paragraph 172 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 172.

173.    Regarding the allegations set forth in paragraph 173 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 173 of Plaintiff's Complaint. To the extent that paragraph 173 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 173 and, therefore, denies the same.

174.    Regarding the allegations set forth in paragraph 174 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 174 of Plaintiff's Complaint. To the extent that paragraph 174 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 174.

175.    Regarding the allegations set forth in paragraph 175 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not

required to answer or otherwise respond to the legal conclusions set forth in paragraph 175 of Plaintiff's Complaint. To the extent that paragraph 175 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 175.

176.    Regarding the allegations set forth in paragraph 176 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 176 of Plaintiff's Complaint. To the extent that paragraph 176 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 176 and, therefore, denies the same.

177.    Defendant Cheney denies the allegations set forth in paragraph 177 of Plaintiff's Complaint.

178.    Regarding the allegations set forth in paragraph 178 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 178 of Plaintiff's Complaint. To the extent that paragraph 178 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 178.

179.    Regarding the allegations set forth in paragraph 179 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 179 of Plaintiff's Complaint. To the extent that paragraph 179 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 179.

180.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 180 and, therefore, denies the same.

181.    Regarding the allegations set forth in paragraph 181 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 181 of Plaintiff's Complaint. To the extent that paragraph 181 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 181.

182.    Regarding the allegations set forth in paragraph 182 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 182 of Plaintiff's Complaint. To the extent that paragraph 182 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 182 and, therefore, denies the same.

183.    Defendant Cheney denies the allegations made in paragraph 183 of Plaintiff's Complaint.

184.    Regarding the allegations set forth in paragraph 184 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 184 of Plaintiff's Complaint. To the extent that paragraph 184 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 184.

185.    Regarding the allegations set forth in paragraph 185 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 185 of Plaintiff's Complaint. To the extent that paragraph 185 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 185.

186.    Regarding the allegations set forth in paragraph 186 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 186 of Plaintiff's Complaint. To the extent that paragraph 186 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 186.

187.    Regarding the allegations set forth in paragraph 187 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 187 of Plaintiff's Complaint. To the extent that paragraph 187 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 187.

188.    Regarding the allegations set forth in paragraph 188 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 188 of Plaintiff's Complaint. To the extent that paragraph 188 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 188.

189.    Regarding the allegations set forth in paragraph 189 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 189 of Plaintiff's Complaint. To the extent that paragraph 189 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 189.

190.    Regarding the allegations set forth in paragraph 190 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 190 of

Plaintiff's Complaint. To the extent that paragraph 190 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 190.

191.    Regarding the allegations set forth in paragraph 191 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 191 of Plaintiff's Complaint. To the extent that paragraph 191 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 191.

192.    Regarding the allegations set forth in paragraph 192 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 192 of Plaintiff's Complaint. To the extent that paragraph 192 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 192.

193.    Regarding the allegations set forth in paragraph 193 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 193 of Plaintiff's Complaint. To the extent that paragraph 193 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 193.

194.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 194 and, therefore, denies the same.

195.    Regarding the allegations set forth in paragraph 195 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 195 of Plaintiff's Complaint. To the extent that paragraph 195 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 195.

## CAUSE OF ACTION
### FRAUD

196.    Defendant Cheney incorporates by reference all of his previous and subsequent answers to Plaintiff's Complaint as his answer to paragraph 196 of Plaintiff's Complaint.

197.    Defendant Cheney denies the allegations made in paragraph 197 of Plaintiff's Complaint.

198.    Defendant Cheney denies the allegations made in paragraph 198 of Plaintiff's Complaint.

199.    Regarding the allegations set forth in paragraph 199 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 199 of Plaintiff's Complaint. To the extent that paragraph 199 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 199.

200.    Defendant Cheney denies the allegations made in paragraph 200 of Plaintiff's Complaint.

201.    Regarding the allegations set forth in paragraph 201 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 201 of Plaintiff's Complaint. To the extent that paragraph 201 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 201.

202.    Regarding the allegations set forth in paragraph 202 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 202 of Plaintiff's Complaint. To the extent that paragraph 202 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 202.

203.    Defendant Cheney denies the allegations made in paragraph 203 of Plaintiff's Complaint.

204.    Regarding the allegations set forth in paragraph 204 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 204 of Plaintiff's Complaint. To the extent that paragraph 204 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 204.

205.    Regarding the allegations set forth in paragraph 205 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 205 of Plaintiff's Complaint. To the extent that paragraph 205 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 205.

206.    Regarding the allegations set forth in paragraph 206 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 206 of Plaintiff's Complaint. To the extent that paragraph 206 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 206.

207.    Defendant Cheney denies the allegations made in paragraph 207 of Plaintiff's Complaint.

208.    Regarding the allegations set forth in paragraph 208 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 208 of Plaintiff's Complaint. To the extent that paragraph 208 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 208.

209.    Regarding the allegations set forth in paragraph 209 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 209 of Plaintiff's Complaint. To the extent that paragraph 209 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 209.

210.    Regarding the allegations set forth in paragraph 210 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 210 of Plaintiff's Complaint. To the extent that paragraph 210 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 210.

**CAUSE OF ACTION**
**TRESPASS**

211.    Defendant Cheney incorporates by reference all of his previous and subsequent answers to Plaintiff's Complaint as his answer to paragraph 211 of Plaintiff's Complaint.

212.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 212 and, therefore, denies the same.

213.    Regarding the allegations set forth in paragraph 213 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 213 of Plaintiff's Complaint. To the extent that paragraph 213 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 213.

214.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 214 and, therefore, denies the same.

215.    Regarding the allegations set forth in paragraph 215 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not

required to answer or otherwise respond to the legal conclusions set forth in paragraph 215 of Plaintiff's Complaint. To the extent that paragraph 215 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 215 and, therefore, denies the same.

216.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 216 and, therefore, denies the same.

217.    Regarding the allegations set forth in paragraph 217 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 217 of Plaintiff's Complaint. To the extent that paragraph 217 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 217 and, therefore, denies the same.

218.    Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 218 and, therefore, denies the same.

219.    Regarding the allegations set forth in paragraph 219 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 219 of Plaintiff's Complaint. To the extent that paragraph 219 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 219 and, therefore, denies the same.

220.    Regarding the allegations set forth in paragraph 220 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 220 of Plaintiff's Complaint. To the extent that paragraph 220 contains factual assertions instead of legal

conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 220 and, therefore, denies the same.

221.    Regarding the allegations set forth in paragraph 221 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 221 of Plaintiff's Complaint. To the extent that paragraph 221 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 221.

222.    Regarding the allegations set forth in paragraph 222 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 222 of Plaintiff's Complaint. To the extent that paragraph 222 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 222.

## CAUSE OF ACTION
## UNFAIR DEBT COLLECTING PRACTICES

223.    Defendant Cheney incorporates by reference all of his previous and subsequent answers to Plaintiff's Complaint as his answer to paragraph 223 of Plaintiff's Complaint.

224.    Regarding the allegations set forth in paragraph 224 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 224 of Plaintiff's Complaint. To the extent that paragraph 224 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 224 and, therefore, denies the same.

225.    Regarding the allegations set forth in paragraph 225 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 225 of

Plaintiff's Complaint. To the extent that paragraph 225 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 225.

226.    Regarding the allegations set forth in paragraph 226 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 226 of Plaintiff's Complaint. To the extent that paragraph 226 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 226 and, therefore, denies the same.

227.    Regarding the allegations set forth in paragraph 227 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 227 of Plaintiff's Complaint. To the extent that paragraph 227 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 227.

228.    Regarding the allegations set forth in paragraph 228 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 228 of Plaintiff's Complaint. To the extent that paragraph 228 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 228.

229.    Regarding the allegations set forth in paragraph 229 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 229 of Plaintiff's Complaint. To the extent that paragraph 229 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 229.

230.    Regarding the allegations set forth in paragraph 230 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 230 of Plaintiff's Complaint. To the extent that paragraph 230 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 230.

231.    Regarding the allegations set forth in paragraph 231 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 231 of Plaintiff's Complaint. To the extent that paragraph 231 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 231.

232.    Regarding the allegations set forth in paragraph 232 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 232 of Plaintiff's Complaint. To the extent that paragraph 232 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 232.

233.    Regarding the allegations set forth in paragraph 233 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 233 of Plaintiff's Complaint. To the extent that paragraph 233 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 233 and, therefore, denies the same.

234.    Regarding the allegations set forth in paragraph 234 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 234 of

Plaintiff's Complaint. To the extent that paragraph 234 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 234 and, therefore, denies the same.

235.    Regarding the allegations set forth in paragraph 235 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 235 of Plaintiff's Complaint. To the extent that paragraph 235 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 235 and, therefore, denies the same.

236.    Regarding the allegations set forth in paragraph 236 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 236 of Plaintiff's Complaint. To the extent that paragraph 236 contains factual assertions instead of legal conclusions, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 236 and, therefore, denies the same.

237.    Regarding the allegations set forth in paragraph 237 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 237 of Plaintiff's Complaint. To the extent that paragraph 237 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 237.

238.    Regarding the allegations set forth in paragraph 238 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 238 of

Plaintiff's Complaint. To the extent that paragraph 238 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 238.

## CAUSE OF ACTION
### DUE PROCESS

239.    Defendant Cheney incorporates by reference all of his previous and subsequent answers to Plaintiff's Complaint as his answer to paragraph 239 of Plaintiff's Complaint.

240.    Regarding the allegations set forth in paragraph 240 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 240 of Plaintiff's Complaint. To the extent that paragraph 240 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 240 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 240 and, therefore, denies the same.

241.    Regarding the allegations set forth in paragraph 241 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 241 of Plaintiff's Complaint. To the extent that paragraph 241 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 241 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 241 and, therefore, denies the same.

242.    Regarding the allegations set forth in paragraph 242 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 242 of Plaintiff's Complaint. To the extent that paragraph 242 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 242 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 242 and, therefore, denies the same.

243.    Regarding the allegations set forth in paragraph 243 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 243 of Plaintiff's Complaint. To the extent that paragraph 243 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 243 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 243.

244.    Regarding the allegations set forth in paragraph 244 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 244 of Plaintiff's Complaint. To the extent that paragraph 244 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 244 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to

provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 244.

245.    Regarding the allegations set forth in paragraph 245 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 245 of Plaintiff's Complaint. To the extent that paragraph 245 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 245 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 245 and, therefore, denies the same.

246.    Regarding the allegations set forth in paragraph 246 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 246 of Plaintiff's Complaint. To the extent that paragraph 246 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 246 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 246.

247.    Regarding the allegations set forth in paragraph 247 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 247 of Plaintiff's Complaint. To the extent that paragraph 247 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 247 are not directed toward Defendant Cheney

and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 247.

248.    Regarding the allegations set forth in paragraph 248 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 248 of Plaintiff's Complaint. To the extent that paragraph 248 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 248 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 248.

249.    Regarding the allegations set forth in paragraph 249 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 249 of Plaintiff's Complaint. To the extent that paragraph 249 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 249 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 249 and, therefore, denies the same.

250.    Regarding the allegations set forth in paragraph 250 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 250 of Plaintiff's Complaint. To the extent that paragraph 250 contains factual assertions instead of legal

conclusions, the allegations set forth in paragraph 250 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 250.

251.    Regarding the allegations set forth in paragraph 251 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 251 of Plaintiff's Complaint. To the extent that paragraph 251 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 251 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 251.

**CAUSE OF ACTION**
**VIOLATION OF THE FOURTH AMENDMENT**

252.    Regarding the allegations set forth in paragraph 252 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 252 of Plaintiff's Complaint. To the extent that paragraph 252 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 252.

253.    Regarding the allegations set forth in paragraph 253 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 253 of Plaintiff's Complaint. To the extent that paragraph 253 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 253 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to

provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 253 and, therefore, denies the same.

254.    Regarding the allegations set forth in paragraph 254 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 254 of Plaintiff's Complaint. To the extent that paragraph 254 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 254 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 254 and, therefore, denies the same.

255.    Regarding the allegations set forth in paragraph 255 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 255 of Plaintiff's Complaint. To the extent that paragraph 255 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 255 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 255 and, therefore, denies the same.

256.    Regarding the allegations set forth in paragraph 256 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 256 of

Plaintiff's Complaint. To the extent that paragraph 256 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 256 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 256 and, therefore, denies the same.

257.    Regarding the allegations set forth in paragraph 257 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 257 of Plaintiff's Complaint. To the extent that paragraph 257 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 257 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 257 and, therefore, denies the same.

258.    Regarding the allegations set forth in paragraph 258 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 258 of Plaintiff's Complaint. To the extent that paragraph 258 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 258 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 258 and, therefore, denies the same.

259.    Regarding the allegations set forth in paragraph 259 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 259 of Plaintiff's Complaint. To the extent that paragraph 259 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 259 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 259 and, therefore, denies the same.

260.    Regarding the allegations set forth in paragraph 260 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 260 of Plaintiff's Complaint. To the extent that paragraph 260 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 260 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 260 and, therefore, denies the same.

## CAUSE OF ACTION
## DEPRIVATION OF PROPERTY RIGHT-CONVERSION

261.    Defendant Cheney incorporates by reference all of his previous and subsequent answers to Plaintiff's Complaint as his answer to paragraph 261 of Plaintiff's Complaint.

262.    Regarding the allegations set forth in paragraph 262 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 262 of

48

Plaintiff's Complaint. To the extent that paragraph 262 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 262.

263.    Regarding the allegations set forth in paragraph 263 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 263 of Plaintiff's Complaint. To the extent that paragraph 263 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 263.

264.    Regarding the allegations set forth in paragraph 264 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 264 of Plaintiff's Complaint. To the extent that paragraph 264 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 264.

265.    Regarding the allegations set forth in paragraph 265 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 265 of Plaintiff's Complaint. To the extent that paragraph 265 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 265.

266.    Regarding the allegations set forth in paragraph 266 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 266 of Plaintiff's Complaint. To the extent that paragraph 266 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 266.

267.    Regarding the allegations set forth in paragraph 267 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not

required to answer or otherwise respond to the legal conclusions set forth in paragraph 267 of Plaintiff's Complaint. To the extent that paragraph 267 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 267.

268.    Regarding the allegations set forth in paragraph 268 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 268 of Plaintiff's Complaint. To the extent that paragraph 268 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 268.

269.    Regarding the allegations set forth in paragraph 269 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 269 of Plaintiff's Complaint. To the extent that paragraph 269 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 269.

270.    Defendant Cheney denies factual allegations set forth in paragraph 270.

271.    Regarding the allegations set forth in paragraph 271 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 271 of Plaintiff's Complaint. To the extent that paragraph 271 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 271.

272.    Regarding the allegations set forth in paragraph 272 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 272 of Plaintiff's Complaint. To the extent that paragraph 272 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 272.

273.    Regarding the allegations set forth in paragraph 273 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 273 of Plaintiff's Complaint. To the extent that paragraph 273 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 273.

**CAUSE OF ACTION**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

274.    Defendant Cheney incorporates by reference all of his previous and subsequent answers to Plaintiff's Complaint as his answer to paragraph 274 of Plaintiff's Complaint.

275.    Regarding the allegations set forth in paragraph 275 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 275 of Plaintiff's Complaint. To the extent that paragraph 275 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 275.

276.    Regarding the allegations set forth in paragraph 276 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 276 of Plaintiff's Complaint. To the extent that paragraph 276 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 276.

277.    Regarding the allegations set forth in paragraph 277 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 277 of Plaintiff's Complaint. To the extent that paragraph 277 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 277.

278.    Defendant Cheney denies factual allegations set forth in paragraph 278.

279.    Regarding the allegations set forth in paragraph 279 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 279 of Plaintiff's Complaint. To the extent that paragraph 279 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 279.

280.    Defendant Cheney denies factual allegations set forth in paragraph 280.

281.    Defendant Cheney denies factual allegations set forth in paragraph 281.

282.    Defendant Cheney denies factual allegations set forth in paragraph 282.

283.    Regarding the allegations set forth in paragraph 283 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 283 of Plaintiff's Complaint. To the extent that paragraph 283 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 283.

284.    Regarding the allegations set forth in paragraph 284 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 284 of Plaintiff's Complaint. To the extent that paragraph 284 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 284.

## CAUSE OF ACTION
### MUNICIPAL LIABILITY-FAILURE TO TRAIN OR DISCIPLINE-UNCONSTITUTIONAL CUSTOM OR POLICY

285.    Defendant Cheney incorporates by reference all of his previous and subsequent answers to Plaintiff's Complaint as his answer to paragraph 285 of Plaintiff's Complaint.

286.    Regarding the allegations set forth in paragraph 286 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not

required to answer or otherwise respond to the legal conclusions set forth in paragraph 286 of Plaintiff's Complaint. To the extent that paragraph 286 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 286 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 286 and, therefore, denies the same.

287.     Regarding the allegations set forth in paragraph 287 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 287 of Plaintiff's Complaint. To the extent that paragraph 287 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 287 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 287 and, therefore, denies the same.

288.     Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the factual allegations set forth in paragraph 288 and, therefore, denies the same.

289.     Regarding the allegations set forth in paragraph 289 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 289 of Plaintiff's Complaint. To the extent that paragraph 289 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 289 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to

provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 289 and, therefore, denies the same.

290.     Regarding the allegations set forth in paragraph 290 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 290 of Plaintiff's Complaint. To the extent that paragraph 290 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 290 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 290 and, therefore, denies the same.

291.     Regarding the allegations set forth in paragraph 291 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 291 of Plaintiff's Complaint. To the extent that paragraph 291 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 291 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 291 and, therefore, denies the same.

292.     Regarding the allegations set forth in paragraph 292 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 292 of

Plaintiff's Complaint. To the extent that paragraph 292 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 292 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney lacks the knowledge or sufficient information to form a belief as to the truth of the remaining allegations set forth in paragraph 292 and, therefore, denies the same.

293.    Regarding the allegations set forth in paragraph 293 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 293 of Plaintiff's Complaint. To the extent that paragraph 293 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 293 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 293.

294.    Regarding the allegations set forth in paragraph 294 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 294 of Plaintiff's Complaint. To the extent that paragraph 294 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 294 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 294.

295.    Regarding the allegations set forth in paragraph 295 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not

required to answer or otherwise respond to the legal conclusions set forth in paragraph 295 of Plaintiff's Complaint. To the extent that paragraph 295 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 295 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 295.

296.    Regarding the allegations set forth in paragraph 296 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 296 of Plaintiff's Complaint. To the extent that paragraph 296 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 296 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 296.

297.    Regarding the allegations set forth in paragraph 297 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 297 of Plaintiff's Complaint. To the extent that paragraph 297 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 297 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 294.

298.    Regarding the allegations set forth in paragraph 298 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not

required to answer or otherwise respond to the legal conclusions set forth in paragraph 298 of Plaintiff's Complaint. To the extent that paragraph 298 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 298 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 298.

299.    The allegations set forth in paragraph 299 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 299.

300.    Regarding the allegations set forth in paragraph 300 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 300 of Plaintiff's Complaint. To the extent that paragraph 300 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 300 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 300.

301.    Regarding the allegations set forth in paragraph 301 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 301 of Plaintiff's Complaint. To the extent that paragraph 301 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 301 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to

provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 301.

302.    The allegations set forth in paragraph 302 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 302.

303.    Regarding the allegations set forth in paragraph 303 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 303 of Plaintiff's Complaint. To the extent that paragraph 303 contains factual assertions instead of legal conclusions, the allegations set forth in paragraph 303 are not directed toward Defendant Cheney and, therefore, Defendant Cheney makes no response thereto and denies that he is required to provide any such response. To the extent that a response from Defendant Cheney is required, Defendant Cheney denies the allegations set forth in paragraph 303.

## DAMAGES

304.    Regarding the allegations set forth in paragraph 304 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 304 of Plaintiff's Complaint. To the extent that paragraph 304 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 304.

305.    Regarding the allegations set forth in paragraph 305 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 305 of

Plaintiff's Complaint. To the extent that paragraph 305 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 305.

306.    Regarding the allegations set forth in paragraph 306 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 306 of Plaintiff's Complaint. To the extent that paragraph 306 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 306.

307.    Regarding the allegations set forth in paragraph 307 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 307 of Plaintiff's Complaint. To the extent that paragraph 307 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 307.

308.    Regarding the allegations set forth in paragraph 308 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 308 of Plaintiff's Complaint. To the extent that paragraph 308 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 308.

309.    Regarding the allegations set forth in paragraph 309 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 309 of Plaintiff's Complaint. To the extent that paragraph 309 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 309.

310.    Regarding the allegations set forth in paragraph 310 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not

required to answer or otherwise respond to the legal conclusions set forth in paragraph 310 of Plaintiff's Complaint. To the extent that paragraph 310 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 310.

311.    Regarding the allegations set forth in paragraph 311 of Plaintiff's Complaint, Defendant Cheney affirmatively states that pursuant to Fed. R. Civ. P. 8, Defendant Cheney is not required to answer or otherwise respond to the legal conclusions set forth in paragraph 311 of Plaintiff's Complaint. To the extent that paragraph 311 contains factual assertions instead of legal conclusions, Defendant Cheney denies factual allegations set forth in paragraph 311.

## GENERAL DENIAL

Any allegations not specifically admitted above are hereby denied and any insinuation or implication that is not specifically admitted above is hereby denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff has failed to state a claim upon which relief may be granted.

### Second Affirmative Defense

Defendant Cheney states that the injuries and damages complained of in Plaintiff's Complaint, if any, were proximately caused by the acts of others, including Plaintiff and others, for which Defendant Cheney may not be held liable.

### Third Affirmative Defense

Defendant Cheney did not breach any duty owed to Plaintiff.

### Fourth Affirmative Defense

Any alleged breach of duty by Defendant Cheney did not cause any of Plaintiff's alleged damages.

**Fifth Affirmative Defense**

Defendant Cheney states, to the extent that Plaintiff suffered damages, which is specifically denied, then to the extent that Plaintiff failed to mitigate her damages, any recovery from Defendant Cheney is barred.

**Sixth Affirmative Defense**

Plaintiff's claims are barred, in whole or in part, by the doctrines of estoppel, extraordinary circumstances, and unclean hands.

**Seventh Affirmative Defense**

Plaintiff's claims are barred in whole or in part by the doctrines of absolute and/or qualified immunity.

**Eighth Affirmative Defense**

Plaintiff's claims are not waived under the New Mexico Tort Claims Act.

**Ninth Affirmative Defense**

Defendant Cheney's alleged negligence or intentional torts, if any, must be compared with the negligence of Plaintiff, other named parties, and other unnamed tortfeasors.

**Tenth Affirmative Defense**

Plaintiff's damages, if any, were the result of an independent intervening cause.

**Eleventh Affirmative Defense**

Plaintiff's claims are subject to the requirements, limitations, and immunities of the New Mexico Tort Claims Act.

**Twelfth Affirmative Defense**

None of the actions described in Plaintiff's Complaint constitute a violation of Plaintiff's constitutional or statutory rights by Defendant Cheney.

### Thirteenth Affirmative Defense

Plaintiff's Complaint seeks to impose duties on Defendant Cheney that are not required by law.

### Fourteenth Affirmative Defense

Plaintiff's claims are time-barred in whole or in part by the applicable statute of limitations.

Defendant Cheney reserves the right to rely upon such other defenses that may become known or available during discovery proceedings in this case and hereby reserves the right to amend his Answer to include other defenses.

### JURY DEMAND

Defendant Cheney demands a jury for all claims which may be tried by a jury.

**WHEREFORE,** having fully answered Plaintiff's Complaint herein, Defendant Cheney respectfully prays that the Court dismiss Plaintiff's Complaint with prejudice, award Defendant Cheney his fees and costs in defending this matter, and for such other relief as the Court deems just and necessary.

Respectfully submitted,

**NM LOCAL GOVERNMENT LAW, LLC**

By: */s/ Nick Autio*
Nick Autio
6121 Indian School Rd. NE, Suite 202
Albuquerque, NM 87110
(505) 889-0983
nick@nmlgl.com
*Attorney for Defendant Donald Clay Cheney*

I hereby certify that on December 20, 2023, I filed the foregoing pleading electronically through the CM/ECF File and Serve, E-File System, which caused all parties or counsel to

be served by electronic means, as more fully
reflected on the Notice of Electronic Filing
and to Plaintiff via email and U.S. Mail:

Cammi Rainer
407 N Foch St.
Truth or Consequences, NM  87901
crainer24@yahoo.com

*/s/ Nick Autio*
Nick Autio