## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

CAMMI RAINER,

    Plaintiff,

v.                              No. 23-CIV-959 MV/GBW

DONALD CLAY CHENEY,

    Defendant.

## **FINAL ORDER**

Pursuant to the Orders Adopting Magistrate Judge's Proposed Findings and Recommended Disposition (Docs. 29, 31, 40) previously entered, the Court enters this Final Order pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing Plaintiff's Complaint.

**IT IS SO ORDERED.**

_____
MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE